## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

| | |
|---|---|
| TAKIEM EWING, ANTONIO GARCIA-HERRERA, JOHNNY JEAN, and JAVIER JOVEL-AGUILAR, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, WILLIAM K. MARSHALL III, Director of the Federal Bureau of Prisons, ROY CHEATHAM, Warden of USP Coleman II, and EUGENE "E.K." CARLTON, Warden of USP Coleman II, in their official capacities,<br><br>*Defendants*. | Civil Case No. 5:25-cv-00526 JLB-PRL |

## **AFFIDAVIT OF SERVICE**

I, J. Daniel Gardner, declare as follows:

1. I am an attorney with Shook, Hardy & Bacon L.L.P., counsel for Plaintiffs in the above captioned matter.

2. On August 29, 2025, I caused to be served, via certified US mail, a true and correct copy of the Complaint and the issued Summons to each Defendant specified below.

3. Plaintiffs have received proof of said service as follows:

4926-6283-1210

    a. Defendant, US Attorney, Middle District of Florida was served at:

    US Attorney, Middle District of Florida
c/o Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

    b. Defendant, The Attorney General of the United States was served at:

    The Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

4. On October, 10, 2025, I sent copies, via certified US mail, of the Complaint and the issued Summons to each Defendant named in their official capacity specified below.

    Eugene E.K. Carlton, Warden of USP Coleman II
FCC Coleman USP-2
846 NE 54th Terrace
Coleman, Florida 33521

    Roy Cheatham, Warden of USP Coleman II
FCC Coleman USP-2
846 NE 54th Terrace
Coleman, Florida 33521

    William K. Marshall III, Director of the Federal Bureau of Prisons
Federal Bureau of Prisons
320 First Street NW
Washington, DC 20534

    Pamela Bondi, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

4926-6283-1210

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated October 20, 2025

                                        Respectfully submitted,

                                        */s/ J. Daniel Gardner*
                                        J. Daniel Gardner
                                        Florida Bar No. 58639
                                        SHOOK, HARDY & BACON L.L.P.
                                        Citigroup Center, Suite 3200
                                        201 S. Biscayne Boulevard
                                        Miami, Florida  33131
                                        Telephone:  (305) 358-5171
                                        Facsimile:   (305) 358-7470
                                        jgardner@shb.com

                                        ***Counsel for Plaintiffs***